**Demetrius Ramon AKKARD, Appellant,**

v.

**Jason JONES; Dollie Ann–Marie Simmons; Donny Brian Dahl; Sgt. Jason McDonald, Appellees.**

No. 09–1996.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 14, 2010.

Filed: Jan. 20, 2010.

Demetrius Ramon Akkard, Texarkana, TX, for Plaintiff–Appellant.

Clyde Burt Newell, Bachelor & Newell, Hot Springs, AR, for Defendants–Appellees.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Demetrius Akkard appeals from the district court's[1] adverse judgment in his 42 U.S.C. § 1983 action asserting failure-to-protect claims against employees of the Miller County Correctional Facility in their individual and official capacities. Upon careful review, we find no basis for reversal. *See Norman v. Schuetzle*, 585 F.3d 1097, 1101 (8th Cir.2009) (no showing of failure to protect where prison official

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

1. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

was not aware inmate was at risk to be assaulted by other inmate); *Brockinton v. City of Sherwood,* 503 F.3d 667, 674 (8th Cir.2007) (suit against governmental actor in official capacity is treated as suit against governmental entity itself; because governmental entity cannot be held vicariously liable under § 1983 for its agents' acts, plaintiff must identify governmental policy or custom that caused plaintiff's injury to recover from governmental entity under § 1983). Accordingly, we affirm. *See* 8th Cir. R. 47B.